AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

Pedro D. Casilla-Diaz
_____
*Petitioner*

v.

Warden Ricolcol
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)
)

Case No. 5:25-CV-005556-DSF-PVC
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Pedro Daniel Casilla-Diaz
    (b) Other names you have used: None

2.  Place of confinement:
    (a) Name of institution: Victorville FCI #1
    (b) Address: 1377 Air Express Way; Victorville, California 92324

    (c) Your identification number: 41669-069

3.  Are you currently being held on orders by:
    XXX Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    XXX Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: Federico Degetau Federal Building
    150 Carlos Chardon Avenue, Room 150, San Juan, Puerto Rico 00918
    (b) Docket number of criminal case: 13-203
    (c) Date of sentencing: January 16, 2024
    ☐ Being held on an immigration charge
    ☐ Other *(explain):*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❑ Pretrial detention

❑ Immigration detention

❑ Detainer

❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❑ Disciplinary proceedings

❑ Other *(explain)*:  Deliberate indifference, Cruel and Unusual Punishment regarding providing medical care while in the custody of the BOP.

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  Victorville FCI #1, 1377 Air Express Way Victorville, CA 92344

(b) Docket number, case number, or opinion number:  1194818-A-1; & 1210797-A-1

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:  Denial of Remedies

(d) Date of the decision or action:  October 2024

## Your Earlier Challenges of the Decision or Action

7.    First appeal

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes        ❑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:  Bp-8, BP-9, BP-10 Victorville FCI #1, Stockton, CA (Regional office BOP),

(2) Date of filing: February 7, 2024; July 11, 2024

(3) Docket number, case number, or opinion number:  1194818-F1, 1194818-R-1;1210797-R1

(4) Result:  Denied

(5) Date of result:  October 10th 2024, May 24, 2024

(6) Issues raised: Refusal to provide medical treatment, Denial of Access to medical treatment, cruel and unusual treatment.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not appeal:  _____N/A_____

8.    Second appeal
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ☐ Yes    N/A    ☐ No
      (a)  If "Yes," provide:
           (1)  Name of the authority, agency, or court: _____
           (2)  Date of filing: _____
           (3)  Docket number, case number, or opinion number: _____
           (4)  Result: _____
           (5)  Date of result: _____
           (6)  Issues raised: _____

      (b)  If you answered "No," explain why you did not file a second appeal: _____
           N/A

9.    Third appeal    N/A
      After the second appeal, did you file a third appeal to a higher authority, agency, or court?
      ☐ Yes                ☐ No
      (a)  If "Yes," provide:
           (1)  Name of the authority, agency, or court: _____
           (2)  Date of filing: _____
           (3)  Docket number, case number, or opinion number: _____
           (4)  Result: _____
           (5)  Date of result: _____
           (6)  Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        XX No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    N/A        ☐ No

If "Yes," provide:

(1) Name of court:                    N/A

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?    N/A

☐ Yes        XX No

If "Yes," provide:

(1) Name of court:                    N/A

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____ N/A _____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
       conviction or sentence:                N/A
       _____
       _____
       _____
       _____
       _____
       _____

11.    **Appeals of immigration proceedings**

       Does this case concern immigration proceedings?

       ☐ Yes              ☒ No

              If "Yes," provide:

(a)    Date you were taken into immigration custody: _____ N/A _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

       ☐ Yes              ☐ No

       If "Yes," provide:

       (1) Date of filing:            N/A _____

       (2) Case number: _____

       (3) Result: _____

       (4) Date of result: _____

       (5) Issues raised: _____
       _____
       _____
       _____
       _____
       _____

(d)    Did you appeal the decision to the United States Court of Appeals?

       ☐ Yes         -      ☒ No        -      N/A

       If "Yes," provide:

       (1) Name of court: _____

       (2) Date of filing: _____

       (3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4) Result:         N/A

      (5) Date of result: _____

      (6) Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues

raised in this petition?        N/A

☐ Yes        x☒No

If "Yes," provide:

(a) Kind of petition, motion, or application:     N/A

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution,
laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the
facts supporting each ground.

GROUND ONE:  Eighth Amendment right violation  by staff at Victorville FCI #1
Denying me access to Necessary Medical care, and Deliberate indifference to my

need for medical care.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

See supporting documents attached.  Officer Lopez refused to provide me
with access to medical care after negliently leaving a door unsecured, which caused
me to fall out of the door and injure my knee, back, neck, and wrist. On February
2, 2024. I was not provided with an X-ray or treatment until long after the
condition began to heal improperly, and I countinue to suffer headaches and pain
in my body, and have difficulty sleepting.  I complained often.

(b)  Did you present Ground One in all appeals that were available to you?

☒Yes                    ☐No

GROUND TWO:  Cruel and unusual punishment, where the warden refused to provide
me with adequate effective medical care, or send me to a place where I can receive
the necessary medical treatment for my injuries, when he knew I was not receiving
medical attention at this location.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

I wrote several remedies and request for X-Ray, medicine, therapy, surgery, and
necessary medical treatment and it has been ignored, or delayed for months.
I have presently not received the surgery for my hernia.  There is no surgeon
available here, and the medical tech said that he  cannot help me because he
isn't  trained to help a hernia.

(b)  Did you present Ground Two in all appeals that were available to you?

☒Yes                    ☐No

GROUND THREE: _____ None _____

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

_____ N/A _____

(b)  Did you present Ground Three in all appeals that were available to you?

☐Yes                    ☐No

   N/A

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____ N/A _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes  N/A        ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did
     not:  ____ N/A ____

## Request for Relief

15.  State exactly what you want the court to do:  I request that the court order the BOP to provide
     me with medical treatment, or send me where I can receive the treatment I need.
     And to construe this filing to be in whatever Right form and Posture to provide
     me with Relief I am Seeking; Monetary compensation for my injuries, and treatment.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

February 14, 2025

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  February 14, 2025

_____

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*

# CERTIFICATE OF SERVICE

I,   Pedro D. Casilla-Diaz_____   hereby certify that I have served a true
and correct copy of the following:

    28 U.S.C. § 2241 Motion for Habeas Corpus


Which is deemed filed at the time it was delivered to prison authorities for
forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/
defendants and or his attorney/attorneys of record, by placing same in a
sealed, postage prepaid envelope addressed to:




**and deposited same in the United States Mail** at the Federal Correctional
Institution,

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the
foregoing is true and correct.



Dated this _23rd_ day of _February_____ , 20 _24_ .


                                        _____
                                        Pedro D. Casilla-Diaz

EXHIBITS FOR CLAIM ONE

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 16, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : PEDRO D CASILLA-DIAZ, 41669-069
      VICTORVILLE MED I FCI    UNT: 1 GP    QTR: A01-113L
      P.O. BOX 5400
      ADELANTO,  CA 92301


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1194818-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : OCTOBER 15, 2024
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR      INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR    A COPY
                 OF THE  (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOU SUBMITTED APPEALS ASSOCIATED WITH 1194818,
                 WARDEN'S RESPONSE WAS DATED 7/18/24, RESUBMIT A COPY
                 OF THE WARDEN'S RESPONSE, WITH YOUR BP-11 TO DO.



U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Casilla-Diaz     Pedro      D        41669-069          A-Lower       VIM #1
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.          UNIT        INSTITUTION

**Part A—REASON FOR APPEAL** I have not received a response to the BP-10 submitted to the Region in this matter, and I did not receive a response from the Warden at the Local level. Therefore the Region was unable to review any Warden response. These are procedural denials, per 28 C.F.R. § 542.18 and OPI **1330.18 #12** RESPONSE TIME. See USPS Tracking # 7022 0410 0001 5981 5863.

I request to be compensated for the negligence, errors, and actions of Officer Lopez on February 7, 2024, wherein, during an institutional lockdown in which all doors were to be secured, Ofc. Lopez left my cell door unsecured, and so when bracing myself after standing up from using the toilet, I fell out of the cell and onto the floor, reinjuring my knee, injuring my neck and back, hand, and hip, and causing me to have headaches and back pain persistently.

Although I am prescribed **Gabapentin and Duloxetine**, I continue to experience nerve pain, headaches, and back pain. Months later, I am still unable to sleep through the night. In addition to the torn ACL that I suffered, I now have lumbar disc bulge, and space narrowing in my spine.

I request to be compensated for the actions of this BOP employee, which have caused me injury and suffering while I am far from my family and unable to receive the medical treatment that the BOP is able to provide at a medical facility/institution. I request financial compensation of $1.2 million and to be located nearer to my family while I recover from these injuries.

October 3, 2024                                    _Pedro Casilla Diaz_
        DATE                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
OCT 15 2024
Administrative Remedies
Federal Bureau of Prisons

_____ DATE _____                          _____ GENERAL COUNSEL _____

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

**Part C—RECEIPT**                          CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____ DATE _____        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL        BP-231(13)
                                                                                 APRIL 1982
USP LVN

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: CASILLA DIAZ PEDRO    41669-069    AL-108    FCI-Vict.-Med.-1
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

ON 3-18-24, I RECIEVED A RESPONSE to my BP-8, And
I filed a BP-9, which did not Address my grievance. Specifically, I
Requested to be compensated for my injuries due to FBOP's negligence, And
for all future medical expenses. See: MLP comments from 2-6-24 Sick Call.
To date, I have Not Recieved Any medication since my injury. I am in pain
And having difficulty sleeping, severe back pain, Neck pain and left Knee
pain. I still have not Recieved A MRI, X-Ray or any medical treatment.
All of the aboved injuries Are due to % Lopez failure to secure/lock the
Boom doors during an Emergency Institutional lockdown on 2-2-24.

5-29-24     (CONTINUED)      Pedro Casilla Diaz
DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____             _____
DATE                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE            CASE NUMBER: _____

**Part C - RECEIPT**
                                     CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____            _____
DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
JUNE 2002

## REQUEST FOR ADMINISTRATIVE REMEDY
### INFORMAL RESOLUTION

**INSTITUTION (CIRCLE ONE) FCI I   FCI II   USP   CAMP**

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted. *Violation of the 8th Amendment "Deliberate indifference" Forsigt of future possible/probable consequences with A Failure*

1. Complaint and resolution you expect: *To abate. Any reasonable prudent officer during lockdown would know to keep doors to cell loocked to check such security devices regulary to prevent such incident as Complain about he. February 3, 2024 around 2:30 to 3:00pm the officer Lopez during an Institutional lockdown For 3 week did not secure my cell door Cell 108 which caused me to have an accident when I was done using the restroom I use my cane to help myself to stand-up I used the door for support and Fell ouside my cell to the Floor I hurt my back, hip, head and my leg that I have surgery*

2. Efforts you have made to informally resolve: *on (2-2-24) Nurse / Medic 21 staff Mrs. Herrera took me to Medical I spoke to nurse Mendez, Officer Alvarado and LT seeking to be seen by doctor with no avail*

| | | |
|---|---|---|
| *Pedro Casillo Diaz* | 41669-069 | 2/7/2024 |
| Inmate's Name/Signature | Reg. No. | Date |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOR STAFF USE ONLY**

| 2/7/24 B.P | 2-13-24 B.P | | |
|---|---|---|---|
| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: *Per medical you were seen by the provider on 2/2/24, If future needs arise please address during sick call.*

| | |
|---|---|
| *B.P* | 2-15-24 |
| Counselor Signature | Date |

Unit Manager's Comments: *concur*

| | |
|---|---|
| | 3/19/24 |
| Unit Manager Signature | Date |

**Distribution:** If complaint is NOT informally resolved – Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk.

EXHIBITS FOR CLAIM TWO

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Casilla-Diaz   Pedro   D                    41669-069              A-Lower                  VIM #1
_____    _____    _____    _____
       LAST NAME, FIRST, MIDDLE INITIAL                    REG. NO.              UNIT                 INSTITUTION

**Part A - REASON FOR APPEAL** Fer BOP Program Statement 13330.18 #12, due to the significant
passage of time, I am considering the previous submissions of this complaint as being DENIED
since I have received no response from the WARDEN, and the REGIONAL OFFICE is ignoring that I have
received no response to the BP-8 and BP-9 I filed in this matter. There is an ADMINISTRATIVE
REMEDY  INDEX NUMBER to this issue, and so the Warden Did Receive an initial submission from me,
however no response has ever been made.
     I am therefore exhausting my administrative Remedies prior to proceeding to Court. See Title
28 C.F.R. Chapter V § 542.18.  I am requesting to be Transferred to a Medical facility so that I
can receive  the necessary hernia and medical surgery and follow-up treatment for my medical
conditions that I have not, and cannot receive at this institution.

I have been suffering from this condition for over five (5) months. This violates 28 C.F.R. §
541.12 #4. and Supreme Court precedent regarding my right to receive effective medical treatment.

* The warden has been mistaking and confusing the issues I am raising and still,  I have received
medical treatment for my hernia. It has been 8 months.

October 23, 2024
_____                                    _____
       DATE                                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**



_____                                    _____
       DATE                                                   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: 1210797-R1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**

                                                        CASE NUMBER: _____

Return to: _____    _____    _____    _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                    _____
       DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                      PRINTED ON RECYCLED PAPER                                    BP-231(13)
                                                                                         JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 28, 2024



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      VICTORVILLE MED I FCI

TO  : PEDRO D CASILLA-DIAZ, 41669-069
      VICTORVILLE MED I FCI    UNT: 1 GP    QTR: A01-113L
      P.O. BOX 5400
      ADELANTO, CA 92301

Received
OCT 1 0 2024
Western Regional Office

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1210797-F1     ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : AUGUST 28, 2024
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
                 FORM (BP-9, BP-10, BP-11) (CIRCLE ONE)

REMARKS        : YOU DID NOT INCLUDE A COMPLETED BP 8

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 10, 2024

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : PEDRO D CASILLA-DIAZ, 41669-069
      VICTORVILLE MED I FCI    UNT: 1 GP    QTR: A01-113L
      P.O. BOX 5400
      ADELANTO,  CA 92301


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1210797-R1       REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 10, 2024
SUBJECT 1        : OTHER MEDICAL MATTERS
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 4: SEE REMARKS.

REMARKS          : YOU DID NOT INCLUDE A COMPLETED BP 8. START APPEAL
                 AT THE INSTITUTIONAL LEVEL.

Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**INSTITUTION (CIRCLE ONE) FCI I   FCI II   USP   CAMP**

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

1. Complaint and resolution you expect: I AM GRIEVING THE FACT THAT I HAVE A HERNIA thats medically documented and haven't recieved ANY medication, MRI, or follow ups, which in itself constitutes a deliberate indifference to a life threatening serious medical NEED. I AM being denied the Right to Medical Assistance, which is a Violation of FBOP P.S. 5270.09, para. 4. (SEE ATTACHED) (Pg. 1 of 2)

2. Efforts you have made to informally resolve: I've SEEN medical the Doctor has stated and documented in my medical file "I HAVE A HERNIA", there is no informal Resolution.

| Pedro Casilla Diz | 41669-069 | May 24, 2024 |
|---|---|---|
| Inmate's Name/Signature | Reg. No. | Date |

********************************************************************

| FOR STAFF USE ONLY | | | |
|---|---|---|---|
| 5-28-24 B.P. | | | |
| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: _____

_____

_____

_____

_____    _____
Counselor Signature        Date

Unit Manager's Comments: _____

_____

_____

_____    _____
Unit Manager Signature        Date

**Distribution:** If complaint is <u>NOT</u> informally resolved - Forward the original form attached to BP-9 Form to the Administrative Remedy Clerk.

VIX 1330.18c    8-24-20



RECEIVED
AUG 28 2024
By ____
VIM WARDENS OFFICE

210797-f1

Continued
1 of 2
BP-8

# <u>RESOLUTION</u>

I am seeking immediate Medical Treatment and Surgery from Health Services here at F.C.I. Victorville-Medium-1, or Outside Hospitalization. To continue to deny me proper and adequate medical treatment is tanamount to Medical Malpractice. The FBOP Standard for inadequate Medical Treatment was established in 1994. See: D. Farmer v. Brennan, 511 US 825 (1994).

In addition to the above Resolution, I am requesting to be placed a Medical Facilaty that is properly staffed with a permanent Physician at all times. I am also requesting to be placed at a Medical Facilaty within a (500) five hundred mile radius from my immediate family.

Finally, Medical Malpractise is a serious allegation that can easily proven based on the findings of Proffesional Physicians who have confirmed the fact that I have a Hernia. (See: Exhibits-A-B-C) (Attached).

Respectfully,
s/



RECEIVED
AUG 2 8 2024
VIM WARDENS OFFICE
By:
1210797-f1

*EXH. (2A)*

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 41669-069                    Inmate Name:  CASILLA-DIAZ, PEDRO D

### Housing Status

| | | | | | |
|---|---|---|---|---|---|
| ___ confined to the living quarters except | ___ meals | ___ pill line | ___ treatments | | Exp. Date: ___ |
| ___ on complete bed rest: | ___ bathroom privileges only | | | | Exp. Date: ___ |
| X cell: | X cell on first floor | ___ single cell | X lower bunk | ___ airborne infection isolation | Exp. Date: 12/31/2025 |
| ___ other: | | | | | Exp. Date: ___ |

### Physical Limitation/Restriction

| | | | | |
|---|---|---|---|---|
| ___ all sports | | | | Exp. Date: ___ |
| ___ weightlifting: | ___ upper body | ___ lower body | | Exp. Date: ___ |
| ___ cardiovascular exercise: | ___ running  ___ jogging  ___ walking  ___ softball | | | Exp. Date: ___ |
| | ___ football  ___ basketball  ___ handball  ___ stationary equipment | | | |
| ___ other: | | | | Exp. Date: ___ |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Wheelchair | 10/11/2023 | | |
| Brace - back | 07/27/2023 | | |
| Inmate given Abdominal Binder on 5/17 | | | |
| Brace - knee | 07/27/2023 | 12/31/2025 | |
| Alternate Institutional Shoes | 07/27/2023 | 12/31/2025 | |
| Cane | 09/01/2022 | 12/31/2025 | |

### Work Restriction / Limitation

Cleared for Food Service:  **No**

X No Restrictions

Comments:  Inmate may set off metal detectors due to indwelling left lower extremity indwelling hardware - Lower bund/lower floor/soft shoe pass - Inmate has an umbilical hernia, and a history of left knee reconstructive surgery - ***RECREATION PLEASE ALLOW INMATE TO ICE LEFT KNEE DAILY***

Health Services Staff       Allred, D. (MAT) DO/CD                    10/11/2023
                                                                      Date

Inmate Name:   CASILLA-DIAZ, PEDRO D      Reg #: 41669-069    Quarters: T01

*ALL EXPIRATION DATES ARE AT 24:00*

RECEIVED
AUG 28 2024
VIM WARDENS OFFICE
By_____

121079-f1

*EXH.(B)*

Western Surgical Group · 75 Pringle Way Suite 1002, RENO NV 89502-1475

## CASILLA DIAZ, Pedro (id #314864, dob: 04/12/1981)

### Patient

| | | | |
|---|---|---|---|
| Name | CASILLA DIAZ, PEDRO (42yo, M) ID# 314864 | Appt. Date/Time | 10/18/2023 09:15AM |
| DOB | 04/12/1981 | Service Dept. | Western Surgical Group |
| Provider | JAMES NUNLEY, MD | | |
| Insurance | Med Contracts: NAPHCARE - CORRECTIONAL Insurance # : 41669-069 Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

### Chief Complaint

Transition of Care Encounter
hernia

### Vitals

| | | |
|---|---|---|
| Ht: 6 ft 2 in Stated 10/18/2023 09:14 am | Wt: 235 lbs Stated 10/18/2023 09:14 am | BMI: 30.2 10/18/2023 09:14 am |
| BP: 155/102 sitting R arm 10/18/2023 09:15 am | Pulse: 48 bpm regular 10/18/2023 09:15 am | T: 98.3 F° temporal artery 10/18/2023 09:15 am |
| Pain Scale: 3 10/18/2023 09:15 am | | |

### Allergies

Reviewed Allergies
NKDA

*CASILLA DIAZ, PEDRO*
*41669-069*

### Medications

Reviewed Medications

amLODIPine 5 mg tablet          10/18/23   entered
Take 1 tablet(s) every day by oral route.

hydroCHLOROthiazide 25 mg tablet          10/18/23   entered
Take 1 tablet(s) every day by oral route.

naproxen 500 mg tablet          10/18/23   entered
Take 1 tablet(s) twice a day by oral route.

### Vaccines

None recorded.

### Problems

Reviewed Problems
• Inguinal hernia - Onset: 10/18/2023

### Family History

Reviewed Family History

### Social History

Reviewed Social History

### Surgical History

Reviewed Surgical History

### Past Medical History

Reviewed Past Medical History
Hernia: Y - inguinal hernia
Hypertension: Y

### HPI

RECEIVED
AUG 28 2024
VIM WARDENS OFFICE
By_____

1210797-f1

*EXH. C (#24)*

75 Pringle Way Suite 1002, RENO NV 89502-1475

...dro (id #314864, dob: 04/12/1981)

...patient.

...2-year-old prisoner who presents with an umbilical hernia. It is symptomatic. He presents today for ...for repair. He has no obstructive symptoms. Interviewed done with a translator.

...dominal pain. He reports no fever.

...General Appearance: healthy-appearing.

...entation: to time and place.

...and palpation: no rash, lesions, or induration.

...EOMI.

...Teeth, and Gums: normal dentition.

...supple.

...uscultation: no respiratory distress.

...cular: Heart Auscultation: normal heart rate.

...: Inspection and Palpation: periumbilical fat-containing less than 3 cm umbilical hernia

...racolumbar Appearance: normal curvature.

...keletal:: Joints, Bones, and Muscles: normal movement of all extremities.

...ogic: Gait and Station: normal gait. Cranial Nerves: grossly intact.

...essment / Plan

Umbilical hernia -
We discussed both open and laparoscopic/robotic repair. The patient would prefer to have a minimally invasive repair.

2. I have counseled the patient for a robotic-assisted repair of a ventral hernia. I've discussed procedure, expected outcomes, and potential complications at length with the patient today. Complications include but are not limited to recurrence, bowel injury, bleeding, infection, poor cosmetic result, risks of anesthesia. He appeared to understand, his questions were answered and he agreed to proceed full informed.

3. I've discussed postoperative activity limitations

- K42.9: Umbilical hernia without obstruction or gangrene
- LAPAROSCOPIC UMBILICAL HERNIA REPAIR, ROBOT ASSISTED (SURG)

Return to Office
Patient will return to the office as needed.

Encounter Sign-Off
Encounter signed-off by James Nunley, MD, 10/18/2023.

Encounter performed and documented by James Nunley, MD
Encounter reviewed & signed by James Nunley, MD on 10/18/2023 at 9:20am



RECEIVED
AUG 28 2024
BY VIM WARDENS OFFICE

1210797-f1



